**No. 62451.**—A. N. Khouri & Bro. and R. H. Macy & Co., Inc. *v.* United States, protests 201694–K and 260547–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of chinaware figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.